UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYMEYOLVV HILL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. RIVERA, et al., ,<br><br>　　　　　　Defendants. | Case No. ED CV 22-0060-JLS(E)<br><br>ORDER DENYING MOTION |

　　　　On January 12, 2022, the Court received a transfer of this case from the United States District Court for the Northern District of California.  On January 13, 2022, the Court granted Plaintiff leave to proceed <u>in forma pauperis</u>.  On March 14, 2022, the Court filed an "Order Dismissing First Amended Complaint With Leave to Amend" ("the March 14 Order").

　　　　On April 1, 2022, Plaintiff filed a document entitled "Opposition and Motion for Reconsideration" ("the Motion").  The purpose of the Motion is somewhat unclear.  The Motion

accuses Defendants of being "part of a satanic cabal" and also requests a transfer of this case to a "common law judge to investigate a criminal complaint."

To the extent the Motion seeks reconsideration of the March 14, 2022 Order, the Motion is denied. See L.R. 7-18. To the extent the Motion seeks any other relief, the Motion is denied without prejudice for failure to demonstrate any factual cause or legal basis for relief.

DATED: May 09, 2022.

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

PRESENTED this 15th day of

April, 2022, by:

_____/S/_____
CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE

2