1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

10

11

12

13

14

15

| | |
|---|---|
| CYMEYOLV V. HILL,<br><br>                    Plaintiff,<br><br>        v.<br><br>M. RIVERA, et al.,<br><br>                    Defendants. | No. ED CV 22-0060-JLS(E)<br><br>ORDER ACCEPTING FINDINGS,<br>CONCLUSIONS AND RECOMMENDATIONS<br>OF UNITED STATES MAGISTRATE<br>JUDGE |

16

17

18

        Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the

19

records herein and the attached Report and Recommendation of United States Magistrate

20

Judge.  Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and

21

Recommendation to which any objections have been made.  The Court accepts and adopts the

22

Magistrate Judge's Report and Recommendation.

23

///

24

///

25

26

27

        IT IS ORDERED that Judgment shall be entered dismissing the action without prejudice.

28

1

1      IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of this Order and the

2    Judgment of this date on Plaintiff.

3

4

5          DATED:  July 19, 2022.

6

7

8                             JOSEPHINE L. STATON
                                  UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28