JS-6

1

2

3

4

5

6

7 **UNITED STATES DISTRICT COURT**

8 **CENTRAL DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| CYMEYOLV V. HILL, | No. ED CV 22-0060-JLS(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| M. RIVERA, et al., | |
| Defendants. | |

16

17    IT IS ADJUDGED that the action is dismissed without prejudice.

18

19    DATED:  July 19, 2022.

20

21    _____

22    JOSEPHINE L. STATON
      UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28